THE STATE EX REL. MINZLER, APPELLANT, v. INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as State ex rel. Minzler v. Indus. Comm. (1998), 83 Ohio St.3d 377.]

(No. 97–1440—Submitted August 19, 1998—Decided October 14, 1998.)

Law Office of Thomas Tootle and Thomas Tootle, for appellant.

Betty D. Montgomery, Attorney General, and Craigg E. Gould, Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents.